UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                     **Plaintiffs,**                   22-CV-02590 (PGG)(SN)

       -against-                                     **ORDER**

MICHAEL NAUGHTON,

                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 21, 2022, the parties appeared for an Initial Pretrial Conference. For the reasons discussed on the record, no schedule for discovery shall be set at this time. No later than January 17, 2023, the parties shall file a joint letter on the status of this case and of the New York Court of Claims proceeding.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 21, 2022
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2022