UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                             **Plaintiffs,**

     -against-

MICHAEL NAUGHTON,

                             **Defendant.**

------------------------------------------------------------------X

22-CV-02590 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for May 2, 2023, at 3:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss whether the stay in this case should be lifted, as discussed in the parties' letter at ECF No. 16.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 17, 2023
               New York, New York