UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                              Plaintiffs,

      -against-

MICHAEL NAUGHTON,

                              Defendant.

------------------------------------------------------------X

22-CV-02590 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the parties' letters, ECF Nos. 18 and 19, the conference scheduled for May 2, 2023, is rescheduled for May 9, 2023, at 3:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss whether the stay in this case should be lifted, as discussed in the parties' letter at ECF No. 16.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:      April 26, 2023
                  New York, New York