UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                      **Plaintiffs,**   22-CV-02590 (PGG)(SN)

        -against-   **ORDER**

MICHAEL NAUGHTON,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed during today's conference, the stay in this case shall remain in place for an additional 30 days. No later than June 9, 2023, the parties shall file a letter advising the Court on the status of settlement negotiations. If by that date the parties have not reached a settlement in principle, a conference will be held on June 12, 2023, at 3:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties should be prepared to propose a discovery schedule at that conference. They are further directed to invite the Assistant Attorney General assigned to the related Court of Claims action if they believe it would be productive.

**SO ORDERED.**

                                                            */s/ Sarah Netburn*
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:    May 9, 2023
                New York, New York