UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                      **Plaintiffs,**

   -against-

MICHAEL NAUGHTON,

                      **Defendant.**

-----------------------------------------------------------------X

22-CV-02590 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A conference is scheduled for August 4, 2023, at 12:00 p.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. This conference is scheduled at the request of the parties to discuss their settlement agreement. See ECF No. 25.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 1, 2023
               New York, New York