```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LINAS VEBELIUNAS, et al.,

                         Plaintiffs,

       -against-

MICHAEL NAUGHTON,

                         Defendant.

-----------------------------------------------------------X

22-CV-02590 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

During the settlement conference on August 4, 2023, the parties were directed to file a joint letter advising the Court on the status of settlement negotiations no later than September 8, 2023. To date, no such letter has been filed. The parties are again directed to file a joint status letter no later than September 15, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 12, 2023
                New York, New York